RONALD ELDRIDGE DEW
35 HENRY FIGGERS DR
WAYNESBORO, MS 39367

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

REGIONAL FINANCE
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SOUTH CENTRAL MEDICAL
1220 JEFFERSON ST
LAUREL, MS 39440

CENTRAL SUNBELT FCU
1857 LINCOLN RD
HATTIESBURG, MS 39401

SOUTHERN EYE CENTER
1420 S 28TH AVE
HATTIESBURG, MS 39402

FAMILY CHOICE
801 COURT ST
WAYNESBORO, MS 39367

TIDEWATER FINANCE
PO BOX 13306
CHESAPEAKE, VA 23325

FIRST STATE BANK
12139 OLD HWY 63
LUCEDALE, MS 39452

WAYNE GENERAL HOSPITAL
950 MATTHEW DRIVE
WAYNESBORO, MS 39367

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

WESLEY MEDICAL CENTER
5001 HARDY ST
HATTIESBURG, MS 39402

HEIGHTS FINANCE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

WFC
P.O.BOX 6429
GREENVILLE, SC 29606

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602