Certificate Number: 17082-MSS-DE-040780414

Bankruptcy Case Number: 26-50473



17082-MSS-DE-040780414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 7:50 o'clock PM MST, RONALD E DEW completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   March 25, 2026              By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director