**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Ronald Eldridge Dew                     Bankruptcy No. 26-50473-KMS


**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Pursuant to Bankruptcy Rules 2002 and 9010, B. Joey Hood, II of the law firm of B. Joey

Hood II, Attorney at Law, PLLC, hereby enters his appearance as attorney for Family Choice

Financial, Inc. – Waynesboro Branch, and requests that all documents, pleadings, and mailings

be sent to B. Joey Hood II, Attorney at Law, PLLC.

Please add the following names and address to the list of creditors:

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
(662) 285-4663

Date: May 05, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II
Its Attorney

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II, attorney for Family Choice Financial, Inc. – Waynesboro Branch, do hereby certify that the following have been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr.       trollins@therollinsfirm.com

2. U.S. Trustee                        USTPRegion05.JA.ECF@usdoj.gov

3. David Rawlings                    ecfnotices@rawlings13.net


Date:   May 05, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II


B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com