United States Bankruptcy Court

Southern District of Mississippi

In re:

Ronald Eldridge Dew

     Debtor

Case No. 26-50473-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: n031 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Eldridge Dew, 35 Henry Figgers Dr, Waynesboro, MS 39367-8801 |
| cr | + | Family Choice Financial, Inc. - Waynesboro Branch, 801 Court Street, Waynesboro, MS 39367-2429 |
| 5641897 | + | Family Choice, 801 Court St, Waynesboro, MS 39367-2429 |
| 5641898 | + | First State Bank, 12139 Old Hwy 63, Lucedale, MS 39452-6619 |
| 5641899 | | Forrest General, 6051 US 49, Hattiesburg, MS 39401 |
| 5669686 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5641904 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |
| 5641905 | + | Southern Eye Center, 1420 S 28th Ave, Hattiesburg, MS 39402-3107 |
| 5641908 | + | Wesley Medical Center, 5001 Hardy St, Hattiesburg, MS 39402-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5676757 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 19:45:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5668195 | + Email/Text: notices@jhoodlaw.com | May 28 2026 19:41:00 | B. Joey Hood, II, Esq., B. Joey Hood, Attorney at Law PLLC, Counsel for Family Choice Financial, Inc, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5641895 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2026 19:45:04 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5644817 | + Email/Text: FSBank@franklinservice.com | May 28 2026 19:41:00 | Emserv Ambulance Service, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5668592 | + Email/Text: bankruptcy@curo.com | May 28 2026 19:41:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5641900 | + Email/Text: bankruptcy@curo.com | May 28 2026 19:41:00 | Heights Finance, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5641901 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 19:45:04 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5645508 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 19:45:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5678007 | Email/Text: sheri@masinc.org | May 28 2026 19:41:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5667798 | + Email/Text: bankruptcydpt@mcmcg.com | May 28 2026 19:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5641902 | + Email/Text: bankruptcydpt@mcmcg.com | May 28 2026 19:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5674634 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2026 19:45:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: n031 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 5642371 | + Email/Text: bankruptcy@regionalmanagement.com | May 28 2026 19:41:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5641903 | + Email/Text: bankruptcy@regionalmanagement.com | May 28 2026 19:41:00 | Regional Finance, Attn: Bankruptcy, 979 Bateville Rd Ste B, Geer, SC 29651-6819 |
| 5641896 | Email/Text: collections@sunbeltfcu.org | May 28 2026 19:41:00 | Central Sunbelt FCU, 1857 Lincoln Rd, Hattiesburg, MS 39401 |
| 5641906 | Email/Text: tidewaterlegalebn@twcs.com | May 28 2026 19:41:00 | Tidewater Finance, Po Box 13306, Chesapeake, VA 23325 |
| 5641907 | Email/Text: twilliams@waynegeneralhospital.org | May 28 2026 19:41:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |
| 5641909 | + Email/Text: bk@worldacceptance.com | May 28 2026 19:41:00 | Wfc, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5652803 | + Email/Text: bk@worldacceptance.com | May 28 2026 19:41:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5668196 | *+ | B. Joey Hood, II, Esq., B. Joey Hood, Attorney at Law PLLC, Counsel for Family Choice Financial, Inc, Post Office Box 759, Ackerman, MS 39735-0759 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial  Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ronald Eldridge Dew trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                    User: mssbad                    Page 3 of 3
Date Rcvd: May 28, 2026                 Form ID: n031                   Total Noticed: 28
TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50473−KMS
**Chapter:** 13

**In re:**

Ronald Eldridge Dew
aka Ronald E Dew
35 Henry Figgers Dr
Waynesboro, MS 39367

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 28, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 28, 2026                Danny L. Miller, Clerk of Court